# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

LRI FL, INC., f/k/a Len's Roofing, Inc.,

Petitioner,

v.

PETER MARTUCCI,

Respondent.

No. 2D2025-3470

————————————————

June 3, 2026

Petition for Writ of Certiorari to the Circuit Court for Manatee County; Edward Nicholas, Judge.

John P. Fleck, Jr., Bradenton, for Petitioner.

Mark A. Nelson of Law Office of Mark A. Nelson, P.A., Bradenton, for Respondent.

PER CURIAM.

Denied.

NORTHCUTT, SMITH, and GUARD, JJ., Concur.

————————————————

Opinion subject to revision prior publication.